IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRTHO CHAPUSETTE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TOURO COLLEGE AND UNIVERSITY SYSTEM and NEW YORK SCHOOL OF CAREER AND APPLIED STUDIES,<br><br>  Defendant. | Civil Action No.: 20-cv-04018-PKC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Myrtho Chapusette hereby dismisses without prejudice all claims against Defendants Touro College and University System and New York School of Career and Applied Studies.

Dated:  New York, New York
        August 18, 2020

**BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*

Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  pfraietta@bursor.com

*Attorneys for Plaintiff*